UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS, | No. 2:19-cv-0311 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JERRY BROWN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has filed two motions. One is titled "motion for an order for an preliminary injunction and a temporary restraining order," and the other, "motion for a temporary restraining order and a preliminary injunction." In the motions, plaintiff asks the court to make various rulings concerning conditions of his confinement. However, the operative complaint in this action does not concern conditions of confinement. Rather, plaintiff's first amended complaint (ECF No. 17) alleges that he has been unlawfully denied consideration for parole.

While the allegations in plaintiff's motion do not provide the court with a basis for granting a "preliminary injunction" or "temporary restraining order" the court does have the authority under the "All Writs Act," 28 U.S.C. §1651, to issue any order "necessary or appropriate in [the] aid of . . . jurisdiction[]." Entry of an order under the "All Writs Act" is not appropriate here, however, as plaintiff fails to point to anything which reasonably suggests he has

1

been denied the ability to pursue relief in this action, or will be, as a result of any condition of confinement. Further, the court has recommended that plaintiff's first amended complaint be dismissed for failure to state a claim upon which relief can be granted and the flaws in plaintiff's first amended complaint are not in any way related to his current conditions of confinement. Accordingly, plaintiff's motions will be denied. If plaintiff wishes to seek relief with respect to conditions of confinement identified in his motions, he should initiate another action or actions.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 17, 2019 "motion for an order for an preliminary injunction . . ." is denied.

2. Plaintiff's May 28, 2019 "motion for a temporary restraining order and a preliminary injunction" is denied.

Dated: October 15, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harr0311.awa(2)