UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | No. 2:19-cv-0311 KJM CKD P<br><br><br>ORDER |

On November 20, 2019, plaintiff filed a motion asking that the court order that certain officials at plaintiff's prison cease retaliating against him for maintaining this action. The only claim which remains in this action concerns whether plaintiff is entitled to a parole hearing.

Under the "All Writs Act," 28 U.S.C. §1651, the court has the authority to enter orders "necessary or appropriate in aid of . . . jurisdiction[]." The court has recommended that plaintiff's remaining claim be dismissed for failure to state a claim upon which relief can be granted. Plaintiff has filed objections to that recommendation and the recommendation has been submitted to the district court judge assigned to this case for decision. Plaintiff fails to show how entry of the order he seeks will permit plaintiff to maintain or assist in maintaining this action. Accordingly, the motion will be denied. If plaintiff believes he is being retaliated against for exercising a protected right, like rights arising under the First Amendment, and seeks recourse, he may do so in a separate action.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 20, 2019 (ECF No. 25) motion is denied.

Dated:  November 25, 2019

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harr0311.ret