UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY BROWN, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-0311 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking the court to hold a settlement conference in this matter. Because no defendants have been served with process or appeared in this action, and because the court has recommended that this action be dismissed for failure to state a claim upon which relief can be granted (ECF No. 20), IT IS HEREBY ORDERED that plaintiff's motion for the court hold a settlement conference (ECF No. 28) is denied.

Dated: December 11, 2019

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
harr0311.s